130

James JOHNSON, Respondent,

v.

Donna JACKSON

and

Pancho Hall d/b/a V.P.L. & D. Auto Sales, Appellants.

No. WD 49000.

Missouri Court of Appeals, Western District.

Sept. 6, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 1, 1994.

George A. Wheeler, Kansas City, for appellants.

Elizabeth M. Hurley, Kansas City, for respondent.

Before ELLIS, P.J., and BERREY and SMART, JJ.

### *ORDER*

PER CURIAM:

Appeal from trial court's judgment in favor of respondent in suit for personal injuries.

Affirmed. Rule 84.16(b).